No. 95–7786. KLEIN v. ANDALMAN. C. A. 8th Cir. Certiorari denied.

No. 95–7787. LORENZ v. LORENZ. Ct. App. Iowa. Certiorari denied.

No. 95–7791. HOPGOOD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7797. GOODING ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7808. LUCKETT, AKA CLARK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7811. GOMEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7825. WILSON, AKA WHALEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7826. WHITMORE v. AVERY, SUPERINTENDENT, COMMUNITY CORRECTIONS CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–7837. WATERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7841. EDELSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7843. HUERTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7844. HAYDEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7846. HODGE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–7847. HENDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7848. FARRELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7855. MORRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.